Guo Hua WU, Petitioner,

v.

John ASHCROFT, Attorney General, Respondent.

No. 03–71416.
Agency No. A75–252–189.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 26, 2004.

Arthur J. Liu, Oakland, CA, for petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, San Francisco, CA, Lisa A. Watts, Washington, DC, for respondent.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

MEMORANDUM**

Guo Hua Wu, a native and citizen of China, petitions for review of the Board of Immigration Appeals' decision summarily affirming an immigration judge's ("IJ") decision denying his application for asylum, withholding of removal, and relief under Article 3 of the Convention Against Torture. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence factual determinations concerning a petitioner's eligibility for asylum, and must

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

uphold them unless the evidence compels a contrary result. INS v. Elias–Zacarias, 502 U.S. 478, 481 & n. 1, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992). We deny the petition.

Wu testified that he will be persecuted if he returns to China because he gave money to students who participated in the 1989 pro-democracy demonstrations.

Substantial evidence supports the IJ's decision that Wu did not demonstrate a well-founded fear of future persecution on account of any enumerated ground. See Prasad v. INS, 47 F.3d 336, 338 (9th Cir. 1995).

PETITION FOR REVIEW DENIED.

■

Beatriz ESCOBAR–AVILA, a.k.a. Irma Avila–Lopez, a.k.a. Beatriz Talavera, Petitioner,

v.

John ASHCROFT, Attorney General, Respondent.

No. 03–71646.
Agency No. A74–574–729.

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Feb. 17, 2004.*

Decided Feb. 26, 2004.

David N. Parmenter, David N. Parmenter & Associates, Blackfoot, ID, for Petitioner.

Regional Counsel, Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, MOH–District Counsel, Immigration and Naturalization Service, Helena District Office, Helena, MT, David V. Bernal, Attorney, Russell J.E. Verby, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

MEMORANDUM**

Beatriz Escobar–Avila, a native and citizen of Mexico, petitions for review of a decision of the Board of Immigration Appeals ("BIA") denying her motion to reopen. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion, *Rodriguez–Lariz v. INS*, 282 F.3d 1218, 1222 (9th Cir.2002), and we deny the petition.

The BIA did not abuse its discretion because Escobar–Avila did not file her motion to reopen with the BIA until more than ninety days after the BIA's dismissal of her appeal. *See* 8 C.F.R. § 1003.2(c)(2) (a motion to reopen "must be filed no later than 90 days after the date on which the

final administrative decision was rendered in the proceeding sought to be reopened").

Escobar–Avila's remaining contentions lack merit.

**PETITION FOR REVIEW DENIED.**

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Lawrence M. FLEMING, Defendant—Appellant.**

No. 03–10021.

D.C. No. CR–01–00010–ARM–03.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 9, 2004.

Decided Feb. 27, 2004.

---

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.